**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MICHAEL MALIK ALLAH, | : | No. 34 EAL 2020 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| GEORGE KIRBY AND ALLSTATE INSURANCE COMPANY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.